STATE of Missouri, Respondent,

v.

David GREENWOOD, Appellant.

No. WD 46728.

Missouri Court of Appeals,
Western District.

June 1, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of the class C felony of stealing in violation of § 570.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).